EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00051-02 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | |
| JAMES G. MAGALEI,   (02) | ) | Previously scheduled for: |
| | ) | DATE:      January 17, 2006 |
| Defendant. | ) | TIME:      2:15 p.m. |
| | ) | |
| | ) | **New Sentencing:** |
| | ) | |
| | ) | **DATE:      April 20, 2006** |
| | ) | **TIME:      1:30 p.m.** |
| | ) | **JUDGE:    David A. Ezra** |
| _____ | ) | |

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between the parties

above-named, by and through their respective undersigned counsel,

that the Defendant's sentencing be continued from January 17,

2006, to **April 20, 2006 at 1:30 p.m.**, before the Honorable Judge

David A. Ezra.

   DATED: January 19, 2006, at Honolulu, Hawaii.


           EDWARD H. KUBO, JR.
           United States Attorney
           District of Hawaii


         By /s/ Thomas J. Brady
           THOMAS J. BRADY
           Assistant U.S. Attorney


         /s/ Samuel P. King, Jr.
         SAMUEL P. KING, JR.
         Attorney for Defendant
         JAMES G. MAGALEI


APPROVED AND SO ORDERED:


   DATED: Honolulu, Hawaii, January 25, 2006.



          _____
          David Alan Ezra
          United States District Judge


USA v. James G. Magalei
Cr. No. 04-00051-02 DAE
"Stipulation to Continue Sentencing"