EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00051-02 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING AND ORDER |
| vs. | ) | |
| | ) | |
| JAMES G. MAGALEI,   (02) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | Trial Date: |
| | ) | |
| | ) | Previous: April 20, 2006 |
| | ) | **New:      October 30, 2006** |
| _____ | ) | |

STIPULATION TO CONTINUE SENTENCING AND ORDER

        IT IS HEREBY STIPULATED by and between the parties

above-named, by and through their respective undersigned counsel,

that the Defendant's sentencing be continued from April 20, 2006,

to October 30, 2006 at 1:30 p.m., before the Honorable Judge

David A. Ezra.

          DATED: April 24, 2006, at Honolulu, Hawaii.

                                   EDWARD H. KUBO, JR.
                                   United States Attorney
                                   District of Hawaii


                                   By /s/ Thomas J. Brady
                                     THOMAS J. BRADY
                                     Assistant U. S. Attorney


                                   /s/ Samuel P. King, Jr.
                                   SAMUEL P. KING, JR.
                                   Attorney for Defendant
                                   JAMES G. MAGALEI


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, April 27, 2006.



                                   _____
                                   David Alan Ezra
                                   United States District Judge


USA v. JAMES G. MAGALEI
Cr. No. 04-00051-02 DAE
"Stipulation to Continue Sentencing and Order"