5412958   US ATTORNEYS OFFIC   04:37:36 p.m.   09-05-2006   2/2

SEP-05-2006 TUE 03:49 PM PROSECUTING ATTORNEY   FAX NO. 808 527 6552   P. 02/02

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

September 5, 2006

Thomas Brady,
  Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

    RE:    State of Hawaii v. JAMES MAGALEI
             Criminal No. 06-1-1709

Dear Mr. Brady:

    I understand the above-named individual is currently in the custody of the federal government. The State of Hawaii has a case involving the same individual and would like your approval to take custody of this person for two days from October 4, 2006, to October 5, 2006. The State of Hawaii will later make arrangements with you for the Defendant's future State court appearances.

    Please sign below if you agree to this request and FAX a copy of this letter to Rene Lee, FAX no. 527-6552. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

    Thank you for your cooperation in this matter. If you have any questions, please call me at 547-7241 or Rene Lee at 547-7473.

Very truly yours,

Armina Ching
Deputy Prosecuting Attorney

APPROVED:

Thomas Brady
Assistant United States Attorney

# EXHIBIT "A"