PETER B. CARLISLE  2209
Prosecuting Attorney
ARMINA A. CHING  3638
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:   547-7421
FAX: 527-6483
Attorneys for State of Hawaii

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 SEP -8  PM 2:07

R. HIGA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE JAMES MAGALEI,<br><br>Defendant. | S. P. NO. 06-1-0307<br>(Cr. No. 06-1-1709)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DERRICK H. M. CHAN, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Armina A. Ching, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1. That JAMES MAGALEI has a case in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal No. 06-1-1709;

2. That arraignment and plea in Criminal No. 06-1-1709 is scheduled for October 5, 2006, 8:30 a.m., before the Honorable DERRICK H. M. CHAN;

EXHIBIT "B"

3. That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4. That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of JAMES MAGALEI to State of Hawaii Officials on October 4, 2006, and at any time or times deemed necessary until the conclusion of Criminal No. 06-1-1709; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. execute Bench Warrant issued in Criminal No. 06-1-1709;

2. retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

3. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on October 5, 2006;

4. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal No. 06-1-1709; and thereafter;

5. retain custody of the Defendant and he/she shall be confined with the Department of the Public Safety, State of Hawaii, during the pendency of these proceedings; and thereafter;

6.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Dated at Honolulu, Hawaii: September 5, 2006.

> STATE OF HAWAII
>
> By PETER B. CARLISLE
> Prosecuting Attorney
>
> By _____
> ARMINA A. CHING
> Deputy Prosecuting Attorney
> City and County of Honolulu

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii: ____SEP  8 2006_____

_____
DERRICK H. M. CHAN
Judge of the above entitled court

<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and
      STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of JAMES MAGALEI, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on October 4, 2006, and at any time or times deemed necessary until the conclusion of Criminal No. 06-1-1709; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. execute Bench Warrant issued in Criminal No. 06-1-1709;

2. retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

3. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on October 5, 2006;

4. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal No. 06-1-1709;

5. retain custody of the Defendant and he/she shall be confined with the Department of the Public Safety, State of Hawaii, during the pendency of these proceedings; and thereafter;

6. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Upon completion of the above and conclusion of Criminal No. 06-1-1709, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable DERRICK H. M. CHAN, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this __8__ day of _September 2006_.

_S. H. Arashiro_
Clerk, Circuit Court, First Circuit
State of Hawaii

DERRICK H.M. CHAN
Judge of the Circuit Court
First Circuit, State of Hawaii

[SEAL: FIRST CIRCUIT COURT, STATE OF HAWAII]