PETER B. CARLISLE  2209
Prosecuting Attorney
NORA W. GARROD  2841
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     527-6466
FAX:   527-6483
Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00051-DAE |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING TEMPORARY |
| v. ) | TRANSFER OF CUSTODY TO THE |
| ) | STATE OF HAWAII REGARDING WRIT |
| JAMES MAGALEI, ) | OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| Defendant. ) | |
| ) | |
| ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant JAMES MAGALEI to State of Hawaii Officials at any time or times deemed necessary until the conclusion of State of Hawaii v. JAMES MAGALEI, Criminal No. 06-1-1709.  Upon the conclusion of the case, State of Hawaii Officials are

to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: _____9.18.2004_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE