EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00051-02 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING AND ORDER |
| vs. | ) | |
| | ) | |
| JAMES G. MAGALEI,  (02) | ) | <u>Previously scheduled for</u>: |
| | ) | DATE:      October 30, 2006 |
| Defendant. | ) | TIME:      1:30 p.m. |
| | ) | |
| | ) | **New Sentencing:** |
| | ) | |
| | ) | **DATE:      March 5, 2007** |
| | ) | **TIME:      1:30 p.m.** |
| | ) | **JUDGE:     David A. Ezra** |
| | ) | |
| _____ | ) | |

STIPULATION TO CONTINUE SENTENCING AND ORDER

        IT IS HEREBY STIPULATED by and between the parties

above-named, by and through their respective undersigned counsel,

that the Defendant's sentencing be continued from October 30,

2006, to March 5, 2007 at 1:30 p.m., before the Honorable Judge

David A. Ezra.

DATED: October 30, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas J. Brady
  THOMAS J. BRADY
  Assistant U. S. Attorney


 /s/ Samuel P. King, Jr.
SAMUEL P. KING, JR.
Attorney for Defendant
JAMES G. MAGALEI


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, November 1, 2006.



_____
David Alan Ezra
United States District Judge


USA v. JAMES G. MAGALEI
Cr. No. 04-00051-02 DAE
"Stipulation to Continue Sentencing and Order"