EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES G. MAGALEI, (02)<br><br>   Defendant.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 04-00051-02 DAE<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE AND ORDER<br><br>**New Sentencing:**<br><br>**DATE:      November 5, 2007**<br>**TIME:      1:30 p.m.**<br>**JUDGE:     David A. Ezra**<br><br>Previously scheduled for:<br>DATE:      March 5, 2007<br>TIME:      1:30 p.m. |

STIPULATION TO CONTINUE SENTENCING DATE AND ORDER

   IT IS HEREBY STIPULATED by and between the parties

above-named, by and through their respective undersigned counsel,

that the Defendant's sentencing be continued from March 5, 2007, to November 5, 2007 at 1:30 p.m., before the Honorable Judge David A. Ezra.

    DATED: March 9, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Thomas J. Brady
          THOMAS J. BRADY
          Assistant U. S. Attorney


        /s/ Samuel P. King, Jr.
        SAMUEL P. KING, JR.
        Attorney for Defendant
        JAMES G. MAGALEI


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 16, 2007.



                _____
                David Alan Ezra
                United States District Judge


USA v. JAMES G. MAGALEI
Cr. No. 04-00051-02 DAE
"Stipulation to Continue Sentencing and Order"