EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00051-02 DAE |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |
| vs. | |
| JAMES G. MAGALEI, (02) | **New Sentencing:** |
| Defendant. | **DATE:** **March 10, 2008**<br>**TIME:** **3:00 p.m.**<br>**JUDGE:** **David A. Ezra** |
| | Previously scheduled for:<br>DATE:     November 5, 2007<br>TIME:     1:30 p.m. |

STIPULATION TO CONTINUE SENTENCING DATE AND ORDER

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective undersigned counsel,

that the Defendant's sentencing be continued from November 5, 2007, to March 10, 2008 at 3:00 p.m., before the Honorable Judge David A. Ezra.

DATED: November 2, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas J. Brady
   THOMAS J. BRADY
   Assistant U. S. Attorney


 /s/ Samuel P. King, Jr.
SAMUEL P. KING, JR.
Attorney for Defendant
JAMES G. MAGALEI


APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, November 8, 2007.



_____
David Alan Ezra
United States District Judge


USA v. JAMES G. MAGALEI
Cr. No. 04-00051-02 DAE
"Stipulation to Continue Sentencing and Order"